UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA

CASE 11-20557-CR-MOORE(s)



United States of America,

    Plaintiff,

v.

Lamont Flanders, Jr.,

    Defendant,

## MOTION FOR ORDER TO THE UNITED STATES OF AMERICA TO PRESERVE FORFEITED ITEMS

Come now, Defendant, Lamont Flanders, Jr., pro-se in the above captioned case and Moves this court to issue an order to the United States of America to preserve the forfeited item in connection with this case.

On February 23, 2015 this Court issued an Order Lifting Stay of the Final Order of Forfeiture and stating that the forfeited property may now be disposed of in accordance with the law.

Flanders now files this Motion to preserve the evidentiary value of the forfeited items which hold exculpatory significance. There were four items that were forfeited in these proceeding consisting of:

    1.) Computers, (ALL)

    2.) videos, (ALL)

    3.) Model release forms, and (ALL)

    4.) Thumbdrives. (ALL)

Each of these four items currently hold exculpatory evidence and if destroyed by the United States would violate Flanders due process rights under the California v. Trombetta, 467 US 479, 104 S.Ct. 2528, 81 Led2d 413 (1984). The Trombetta Test states that "the government violates a defendants right to due process when: 1.) it destroys evidence whose exculpatory significance is 'apparent before' destruction; and 2.) the defendant remains unable to 'obtain comparable evidence by other reasonable means'".

Flanders avers under penalty of perjury that the items forfeited in this case contain exculpatory evidence and if destroyed, Flanders would not be able to obtain other evidence as the United States holds the only copies of this exculpatory evidence.

Flanders will need the forfeited items to be available to prove issues of ineffective Assistance of counsel and Brady violations under Brady v. Maryland, 373 US 83, 83 S.Ct. 1194, 10 Led2d 215.

Wherefore premises considered Flanders respectfully moves this Court to issue an Order to the United States to preserve the forfeited items of this instant case.

Respectfully,

*[signature]*

Lamont Flanders, Jr.,

Reg.No.97156-004

United States Penitentiary, Tucson

Post Office Box 24550

Tucson Arizona 85734

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that, on March 31, 2015, I served a copy of the foregoing to ARIMENTHA R. WALKINS AUSA at 99 NE 4th Street, 7th Floor, Miami, Florida 33132 via U.S. Mail. The Postage was prepaid in advance.

Lavont Flanders Jr.

United States Penitentiary

P.O. Box 24550

Tucson, AZ 85734