ARW:arw

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 11-20557-CR-MOORE(S)

UNITED STATES OF AMERICA,

       Plaintiff,

vs.

LAMONT FLANDERS, JR.,

       Defendant.

_____/

**UNITED STATES' RESPONSE TO DEFENDANT LAMONT FLANDERS, JR.'S MOTIONS FOR ORDER TO PRESERVE FORFEITED ITEMS**

**THE UNITED STATES OF AMERICA** files this response to defendant Lamont Flanders, Jr.'s ("defendant Flanders") motions for an order to the United States of America to preserve forfeited property (DE 319; DE 322: DE 323), and states:

1. Pursuant to its October 6, 2012 Paperless Order (DE 273), the Court stayed the Final Order of Forfeiture (DE 263) pending appellate review.

2. On or about January 27, 2015, the U.S. Supreme Court ("Supreme Court") issued a notice of its denial of defendant Flanders' Writ of Certiorari. *See* DE 302.

3. On February 23, 2015, pursuant to the United States' motion, the Court entered an Order Lifting [the] Stay of the Final Order of Forfeiture. *See* DE 304.

4. On March 3, 2015, defendant Flanders filed a response in Opposition of [the] Government's Motion Lifting the Stay of Property (DE 305), in which he stated that he has a request pending with the Supreme Court for reconsideration of its denial of his Writ of Certiorari, and expressed his intent to appeal his conviction in the District Court *via* a Rule 33 motion for a

1

new trial and a 28 U.S.C. § 2255 motion. Defendant Flanders alleges that the forfeited property is evidence that is vital to his appeal. *See* DE 305.

5. On March 17, 2015, defendant Flanders filed a Notice of Appeal (DE 313) of the District Court's ruling on certain motions filed by defendant Flanders.

6. On April 14, 2015, defendant Flanders filed his Motion for Order to the United States of America to Preserve Forfeited Items ("Motion to Preserve Forfeited Property") (DE 319).

7. On May 12, 2015, defendant Flanders filed a motion to amend his Motion to Preserve Forfeited Property <u>and</u> an [Amended] Motion for Order to the United States of America to Preserve Forfeited Items ("Amended Motion to Preserve Forfeiture Property"). *See* DE 322; DE 323.

8. Defendant Flanders has cited no authority for his request for an order preserving the forfeited property, or, in effect, for a further stay of the forfeiture.

9. The United States notes that Rule 32.2(d) applies only to a defendant's direct appeal of the forfeiture order and/or his sentence. *See United States v. McCrea*, 2014 WL 123172, *3, n.5 (W.D. Va. Jan 13, 2014). There is no authority in Rule 32.2(d) to stay a forfeiture pending the defendant's filing of a § 2255 petition to contest his conviction. *See United States v. McCrea,* 2014 WL 123172, *3, n.5; *United States v. Sperow*, 2011 WL 3837283, *2-3 (D. Idaho Aug. 29, 2011). *See also United States v. Saccoccia*, 62 F. Supp. 2d 539, 543 (D.R.I. 1999) (defendant's collateral attack of his conviction by filing a § 2255 motion does not strip the conviction of its finality or prevent the government from executing on the forfeiture order; defendant's conviction became final when it was affirmed on appeal).

10. Notwithstanding the above, the United States has no object to the Court's entry of an order of preservation for the forfeited property pending the Supreme Court's decision on

defendant Flander's request for reconsideration of its denial of certiorari.

11.     However, if the Court grants defendant Flander's Motion and/or Amended Motion for Preservation of Forfeited Property, the United States expressly reserves the right to request that the preservation order be lifted once the Supreme Court's had ruled on defendant Flander's request for reconsideration its denial of certiorari, and/or has disposed of any appeal that is <u>specifically allowed</u> by the Supreme Court.

        Respectfully submitted,

        WIFREDO A. FERRER
        UNITED STATES ATTORNEY

By:   s/ Arimentha R. Walkins
      ARIMENTHA R. WALKINS
      ASSISTANT U.S. ATTORNEY
      Fla. Bar No. 0897787
      99 N. E. 4th Street, 7th Floor
      Miami, Florida 33132-2111
      Tel. No. (305) 961-9091
      Email: Arimentha.Walkins@usdoj.gov

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that, on May 22, 2015, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. A copy of the foregoing is also being mailed to defendant Flanders *via* U.S. Mail, as follows:

Defendant Lamont Flanders, Jr.
Reg. #: 97156-004
U.S.P. – Tulson
P.O. Box 24550
Tulson, AZ  85734

        s/ Arimentha R. Walkins
        ARIMENTHA R. WALKINS
        ASSISTANT U.S. ATTORNEY